# NO. 12-10-00418-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *JAMES EDWARD DE MOSS,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

In this original mandamus proceeding, Relator James Edward De Moss complains of the trial court's failure to rule on his petition for writ of mandamus complaining of the Honorable Clyde Black, Justice of the Peace, Precinct No. 1, Houston County, Texas. The petition was initially directed to the Honorable Mark A. Calhoon, whom Relator identified as Judge of the 349rd Judicial Court, Houston County, Texas.[1]

Since Relator filed his mandamus petition in this court, the Honorable Pam Foster Fletcher, Judge of the 349th Judicial District Court of Houston County, Texas, has granted Relator's petition for mandamus relief against Judge Black. Therefore, the issues Relator raises in this proceeding are now moot. Accordingly, Relator's petition for writ of mandamus is *dismissed*.

Opinion delivered February 9, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)

---

[1] Judge Calhoon is the presiding judge of the 3rd Judicial District Court, Anderson County, Texas.